| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DONALD J. PEEL, | No. 2:20-cv-0281 DB P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| WARDEN JUSINO, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis.

Petitioner is presently incarcerated at the Federal Correctional Institution, Victorville, in San Bernardino County. He is serving a sentence for a conviction rendered by the United States District Court, Eastern District of California.

The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, the claims in the petition involve petitioner's incarceration in an area covered by the District Court for the Central District of California.

/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Central District of California. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Dated: February 11, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/peel0281.108a